**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ELIJAH GALARZA FLORES**<br>**aka ELIJAH GALARZA**<br><br>**xxx–xx–4115**<br><br>                    Debtor(s) | Case No. **24–01103 ESL**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 3/26/24 |

### *ORDER*

The motion filed by Debtor requesting conversion of case to chapter 13 (docket #10) is hereby granted. Clerk is to proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, March 26, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge